## PIERCE v. MORELAND.

No. 13872—Opinion Filed Jan. 30, 1923.

(Syllabus.)

**Appeal and Error—Invalidity of Service of Case-Made—Dismissal.**

Where a case-made is not served until after the expiration of the time made by a valid order of the court has expired, it is void, and on motion the appeal will be dismissed.

Error from District Court, Oklahoma County; A. L. Hilprit, Special Judge.

Action between H. B. Pierce and D. C. Moreland. From the judgment, the former brings error. Dismissed.

A. H. Taylor, for plaintiff in error.

S. A. Horton, for defendant in error.

McNEILL, J. Defendant in error filed a motion to dismiss the appeal. No response has been filed to said motion.

On the 29th day of May, 1922, the court overruled a motion for new trial and granted time for making and serving case-made. The time was extended from time to time, and expired on the 27th day of September, 1922. Case-made was served on the 5th day of October, 1922, and not within any valid extension of time granted by the judge.

The appeal is therefore dismissed.

JOHNSON, V. C. J., and KENNAMER, NICHOLSON, COCHRAN, BRANSON, and HARRISON, JJ., concur.